Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOCELYN LEYVA-CASTELLANOS, <br><br> Defendant. | No. CR20-137-JCC-2 <br><br> [~~PROPOSED~~] <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") (**Dkt 532**) for the following property ("Subject Currency"):

    a.    $6,018 of the $11,648 in U.S. currency seized from Defendant's residence in Lynnwood, Washington on or about September 1, 2020.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

- In her Plea Agreement, Defendant Leyva-Castellanos admitted the Subject Currency was proceeds of the *Conspiracy to Distribute Controlled*

Final Order of Forfeiture - 1
*U.S. v. Leyva-Castellanos*, CR20-137-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Substances* offense to which she pleaded guilty and she agreed to forfeit it (Dkt. No. 453 ¶¶ 8, 11);

- On November 27, 2023, the Court entered a Preliminary Order of Forfeiture finding the Subject Currency forfeitable pursuant to 21 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. No. 479);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 491), and sent direct notice to a potential claimant by means reasonably calculated to reach that potential claimant, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibit A);

- The United States has used all available efforts to provide notice of the forfeiture to the identified potential claimant, by means reasonably calculated to reach them. Two Notices sent to the potential claimant were returned as "Unclaimed" and "Unable to Forward." *Id.*, ¶¶ 2-3, Exhibit A. The United States has no other current contact information for this potential claimant. *Id.*, ¶¶ 2-3; and,

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Currency exists in any party other than the United States;

2. The Subject Currency is fully and finally condemned and forfeited, in its entirety, to the United States; and

Final Order of Forfeiture - 2
*U.S. v. Leyva-Castellanos*, CR20-137-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Currency in accordance with the law.

IT IS SO ORDERED.

DATED this 29th day of October, 2025.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

 *s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
U.S. v. Leyva-Castellanos, CR20-137-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970